## No. 98.

### BERNARD BARTHE *v.* CITY OF NEW ORLEANS.

1. Where an appeal is taken from an alleged order authorizing the bonding of an injunction, and no such order appears in the record, an appeal will be dismissed.
2. The appearance in the record simply of a motion to bond, without any endorsement or order of the judge *a quo*, or any minute entry showing that the motion was granted, is not sufficient.

*Appeal from Sixth District Court. Rightor, Judge.*

*Albert Voorhies* for plaintiff and appellant.

*C. F. Buck* and *Wynne Rogers* for the city.

ROGERS, J.—By reference to the assignment of errors filed by appellant, we are asked to set aside, as illegal, an order permitting the defendant to bond a writ of injunction. We do not

find any such order in the proceedings; we granted plaintiff a *certiorari,* and he has filed the record. We find a motion to bond made by the City Attorney on January 22d, 1880, but no order endorsed thereon or signed by the judge; no minute entry appears to have been made since May 22d, 1878.

We cannot afford relief where, by the record, none appears necessary.

The appeal is, therefore, dismissed.